# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**SAUNTORE THOMAS,** *an individual*

    Plaintiff,

vs.

    Case No. 19-cv-11550

**ENTERPRISE LEASING COMPANY**  Hon. Mark A. Goldsmith
**OF DETROIT, LLC,**  Mag. Mona K. Majzoub

    Defendant.

_____

## DEFENDANT'S FILING WITH RESPECT TO
## EXPERT WITNESS LIST, DISCLOSURES, AND REPORTS

On the basis that Plaintiff has not identified any experts, Defendant submits the following list of expert witnesses who may be called to testify at trial only to the extent that Plaintiff calls any doctor or professional to testify as to Plaintiff's alleged likely future emotional condition:

1) Every physician or health care professional with whom plaintiff has ever consulted or been examined, evaluated or treated, (and their representatives and records custodians);

2) Every psychologist, psychiatrist, counselor, social worker, clergyperson, or mental health care professional with whom plaintiff has ever consulted or been examined, evaluated or treated, (and their representatives and records custodians); and

3) Any necessary rebuttal expert witnesses.

LOCAL RULE CERTIFICATION:  I, James S. Rosenfeld, certify that this document complies with Local Rule 5.1(a), including:  double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts).  I also certify that it is the appropriate length.  Local Rule 7.1(d)(3).

                        Respectfully submitted,

                        By:   /s/James S. Rosenfeld
                        Carey A. DeWitt (P36718)
                        James S. Rosenfeld (P39434)
                        Attorneys for Defendant
                        41000 Woodward Avenue,
                        Stoneridge West Bldg.
                        Bloomfield Hills, MI  48304
                        Telephone:  248.258.1616
                        dewitt@butzel.com
                        rosenfeld@butzel.com

Dated: December 24, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 24, 2019, I caused the electronic filing of the foregoing paper with the Court using the Court's ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ James S. Rosenfeld*
Carey A. DeWitt (P36718)
James S. Rosenfeld (P39434)
Attorneys for Defendant
41000 Woodward Avenue,
Stoneridge West Bldg.
Bloomfield Hills, MI  48304
Telephone:  248.258.1616
dewitt@butzel.com
rosenfeld@butzel.com