# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**SAUNTORE THOMAS,** *an individual,*

    Plaintiff,

vs.

                                          Case No.  19-cv-11550

**ENTERPRISE LEASING COMPANY**   Hon.  Mark A. Goldsmith
**OF DETROIT, LLC,**                          Mag. Mona K. Majzoub

    Defendant.

_____

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the stipulation of the undersigned parties, the parties having reached a resolution, and the Court being otherwise fully advised:

***IT IS ORDERED*** that all claims brought against Defendant Enterprise Leasing Company of Detroit, LLC by Sauntore Thomas are hereby dismissed with prejudice, and without costs or fees awarded either party.

This Order resolves the last pending claim and closes this case.

    SO ORDERED.

Dated:  January 22, 2020                     s/Mark A. Goldsmith
     Detroit, Michigan                     MARK A. GOLDSMITH
                                            United States District Judge

| | |
|---|---|
| **DEBORAH GORDON LAW** | **BUTZEL LONG, P.C.** |
| By: */s/ Deborah L. Gordon* <br> Deborah L. Gordon (P27058) <br> Elizabeth Marzotto Taylor (P82061) <br> Attorneys for Plaintiff <br> 33 Bloomfield Hills Parkway, Suite 220 <br> Bloomfield Hills MI  48304 <br> (248) 258-2500/Fax (248) 258-7881 <br> dgordon@deborahgordonlaw.com <br> emarzottotaylor@deborahgordonlaw.com | By: */s/ Carey A. DeWitt* <br> Carey A. DeWitt (P36718) <br> James S. Rosenfeld (P39434) <br> Michael R. Griffie (P79836) <br> Attorneys for Defendant <br> 41000 Woodward Avenue <br> Stoneridge West Bldg. <br> Bloomfield Hills MI  48304 <br> (248) 258-1616/Fax (248) 258-1439 <br> dewitt@butzel.com <br> rosenfeld@butzel.com <br> griffie@butzel.com |

Dated:  January 21, 2020